Opinion issued December 22, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00846-CV






KIM DENISE CARTER, Appellant


V.


KATHY POTTS , Appellee






On Appeal from the 344th District Court

 Chambers County, Texas

Trial Court Cause No. 22694






MEMORANDUM OPINION Appellant Kim Denise Carter has failed to timely file a brief. See Tex. R. App.
P. 38.8(a) (failure of appellant to file brief). After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Keyes, Alcala, and Hanks.